IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALEX PROIMOS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1-20-CV-662-RP |
| | § | |
| THRIVEWORKS SOLUTIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' stipulation extending Defendant Thriveworks Solutions, LLC's ("Thriveworks") deadline to respond to Plaintiff Alex Proimos's ("Proimos") complaint. (Dkt. 1). The parties have agreed to extend the deadline for Thriveworks to respond to Proimos's complaint until October 5, 2020. (*Id.*).

A stipulation to extend a deadline set by the Federal Rules of Civil Procedure is ineffective without court approval. *See* Fed. R. Civ. P. 6(b); 4A Charles A. Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 at 488 ("A stipulation by the parties for an extension of time is ineffective if it is not also embodied in an order of the district court."). The Court will, however, construe the parties' stipulation as a joint motion for extension of time, and it will grant that motion.

**IT IS ORDERED** that Defendant Thriveworks shall file an answer or otherwise respond to Proimos's complaint on or before **October 5, 2020**. The parties shall seek future extensions of time in the form of a motion.

**SIGNED** on August 21, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE