UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ALEX PROIMOS<br><br>                    Plaintiff,<br><br>v.<br><br><br>THRIVEWORKS SOLUTIONS, LLC<br><br>                    Defendant. | **Case No.: 1:20-cv-662-RP** |

## NOTICE OF SETTLEMENT AND DISMISSAL

IT IS HEREBY NOTICED, the above case has settled and should be dismissed with prejudice pursuant to Fed R. Civ. P. 41 (a)(1)(A)(i) with each side to bear their own costs and attorney's fees.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tele: 516-233-1660
RL@LiebowitzLawFirm.com

*Counsel for Plaintiff Alex Proimos*